Prepared by State Reporter from Appeal Papers

MICHAEL J. LEAHY, Appellant, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

*Contract — conversion — action for work done and materials furnished in performance of contract and for conversion of material used to complete work.*

Leahy v. *Interborough Rapid Transit Co.*, 217 App. Div. 754, affirmed. (Argued May 9, 1927; decided May 31, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1926, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was brought to recover for work done and materials furnished by the plaintiff in partial performance of a contract for the construction of a section of an elevated railroad consisting of a steel superstructure erected on concrete foundations or piers constituting a portion of the Webster Avenue line, located in the borough of The Bronx, New York city, and for the conversion by the defendant of steel belonging to the plaintiff, used by defendant in completing the work.

*Abram J. Rose, Alfred C. Petté* and *Asa B. Kellogg* for appellant.

*J. Osgood Nichols, Henry J. Smith, Frederick G. Watson* and *James L. Quackenbush* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.